# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| SANDRA SHORT, DAVID SHORT, SARAH SARBACKER, AND DONALD SHORT, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, LEE POTTER, in his official capacity, UNITED STATES FOREST SERVICE, WILLIAM P. O'DONNELL, in his official capacity, and SHANNON BOEM, in his official capacity, <br><br> Defendants. | **ORDER** <br><br><br><br> Case No. 1:19-cv-285 |

The court shall conduct a status conference by telephone in the above-captioned action on March 24, 2020, at 9:30 a.m. To participate in the conference, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2020.

                                                         */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court