IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| SANDRA SHORT, A/K/A/ SANDY SHORT, DAVID SHORT, A/K/A/ DAVE SHORT, SARAH SARBACKER, AND DONALD SHORT, A/K/A/ DON SHORT,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION,<br><br>Defendant,<br><br>BILLINGS COUNTY, NORTH DAKOTA, AND NORTH DAKOTA DEPARTMENT OF TRANSPORTATION,<br><br>Intervenor-Defendants. | Case No. 1:19-cv-285-DMT-CRH<br><br>**PROPOSED JOINT SCHEDULING PLAN** |

Plaintiffs Sandra Short, David Short, Sarah Sarbacker, and Donald Short ("Plaintiffs"); defendant Federal Highway Administration ("FHWA"); and intervenor-defendants, Billings County, North Dakota ("the County"), and the North Dakota Department of Transportation ("NDDOT")(collectively, Plaintiffs, FHWA, the County, and NDDOT are referred to as the "Parties"), through undersigned counsel, submit this Proposed Joint Scheduling Plan.

Throughout May and June 2021, counsel for the Parties conferred and agreed as follows:

**NO DISCOVERY, PRE-TRIAL, OR TRIAL-RELATED PROCEDURES ARE WARRANTED IN THIS CASE**

No Fed. R. Civ. P. 16 conference is required because this action is an appeal of an administrative agency decision. D.N.D. Civ. L.R. 16.1(7). The Parties agree that as an Administrative Procedure Act action, this case can be resolved on cross-motions for summary judgment, based on the administrative record FHWA filed conventionally with the Court. See Doc. 28. References to the administrative record in the Parties' filings shall use the Bates-stamped numbers on the documents.

**PROPOSED SCHEDULE FOR SUMMARY JUDGMENT BRIEFING**

The Parties propose the following schedule for briefing on cross-motions for summary judgment.

1. On or before <u>August 6, 2021</u>, Plaintiffs will file a motion for summary judgment on all claims brought in the Complaint. Such motion will be accompanied by a memorandum in support not to exceed 40 pages.

2. On or before <u>October 7, 2021</u>, FHWA, the County, and NDDOT will each file their own respective cross-motions for summary judgment on all claims brought in the Complaint. Each such motion will be accompanied by a memorandum, not to exceed 50 pages, both in support of the respective cross-motion and also in response to Plaintiffs' motion for summary judgment.

3. On or before <u>December 22, 2021</u>, Plaintiffs will file memorandums, not to exceed 30 pages each, <u>or 90 pages for a combined brief to all Defendants</u>, that both reply in support of Plaintiffs' summary judgment motion and respond to the cross-motions for summary judgment by FHWA, the County, and NDDOT motions.

4. On or before <u>February 4, 2022</u>, FHWA, the County, and NDDOT will each file their own respective replies in support of their respective cross-motion for summary judgment, not to exceed 20 pages.

|  |  | BRAATEN LAW FIRM |
|---|---|---|
| Dated: July 1, 2021 | By: | /s/ Derrick Braaten |
|  |  | Derrick Braaten |
|  |  | ND Bar ID 06394 |
|  |  | 109 North 4th Street, Suite 100 |
|  |  | Bismarck, ND 58501 |
|  |  | (701) 221-2911 |
|  |  | derrick@braatenlawfirm.com |
|  |  |  |
|  |  | Attorneys for Plaintiffs |
|  |  |  |
|  |  | NICHOLAS W. CHASE |
|  |  | Acting United States Attorney |
| Dated: July 1, 2021 | By: | /s/ Sarah E. Wall |
|  |  | SARAH E. WALL |
|  |  | ND Bar ID 07822 |
|  |  | JAMES PATRICK THOMAS |
|  |  | ND Bar ID 06014 |
|  |  | MICHAEL D. SCHOEPF |
|  |  | ND Bar ID 07076 |
|  |  | Assistant United States Attorneys |
|  |  | P.O. Box 699 |
|  |  | Bismarck, ND 58502-0699 |
|  |  | (701) 530-2420 |
|  |  | sarah.wall@usdoj.gov |
|  |  | james.p.thomas@usdoj.gov |
|  |  | michael.schoepf@usdoj.gov |
|  |  |  |
|  |  | Attorneys for Federal Highway Administration |

VOGEL LAW FIRM

Dated: July 1, 2021        By:   /s/ Tami Norgard
       Tami Norgard
       ND Bar ID 05374
       Bennett L. Johnson
       ND Bar ID 08922
       218 NP Avenue
       Fargo, ND 58102
       (701) 237-6983
       tnorgard@vogellaw.com
       bjohnson@vogellaw.com

       Elizabeth Boucher Dawson (DC #230818)
       Crowell & Moring LLP
       1001 Pennsylvania Avenue NW
       Washington, DC 20004-2595
       (202) 624-2500 (t): (202) 628-5116 (f)
       rmccrum@crowell.com
       edawson@crowell.com

*Of Counsel*

H. Patrick Weir (ND #02740)
Billings County State's Attorney
P.O. Box 187
Medora, ND 58645-0187
(701) 623-4465 (t); (701) 623-4896 (f)
pweir@nd.gov

       Attorneys for Billings County, North Dakota

Dated: July 1, 2021	STATE OF NORTH DAKOTA
	WAYNE STENEHJEM
	ATTORNEY GENERAL

	By:	/s/ Matthew A. Sagsveen
		Matthew A. Sagsveen
		Solicitor General
		State Bar ID No. 05613
		Office of Attorney General
		500 North 9th Street
		Bismarck, ND 58501-4509
		Telephone (701) 328-3640
		Facsimile (701) 328-4300
		masagsve@nd.gov

		Attorneys for North Dakota
		Department of Transportation

**ORDER**

The court **ADOPTS** the parties' proposed schedule for summary judgment briefing without any additions or modifications.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
